**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BRIAN E. SMITH and JOHN RAYMOND
Q. SINADHAN

Plaintiff(s),

vs.

MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S.

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 3:26-cv-00362-ART-CLB

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kemal Erkam Hepsen_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Hepsen Law Firm PLLC
(firm name)

with offices at _____7300 State Hwy 121, Ste. 300,_____,
(street address)

_____McKinney_____, Texas_____, 75070_____,
(city)                              (state)                      (zip code)

_____(516) 808-7684_____, _____kemal@hepsenlaw.com_____.
(area code + telephone number)              (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

BRIAN E. SMITH and JOHN RAYMOND Q. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____10/08/2020_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Alabama_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of Texas | 6/2022 | 8096Z21V |
| Southern District of Texas | 2/2026 | 3958641 |
| Northern District of Illinois | 6/2024 | 8096Z21V |
| Northern District of Indiana | 1/2026 | 8096Z21V |
| District of Nebraska | 5/2026 | 8096Z21V |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2                                                                 Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

| none |
| --- |
|  |
|  |

7.    That Petitioner is a member of good standing in the following Bar Associations.

| Alabama |
| --- |
|  |
|  |

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| none | | | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Texas _____ )
                             )
COUNTY OF _____ Collin _____ )

_____ Kemal Hepsen _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__13__ day of __May__, __2026__.

_____
Notary Public or Clerk of Court

PAUL JAMES HORVATH
Notary Public, State of Texas
Comm. Expires 05-05-2030
Notary ID 133745296

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Shaina Plaksin _____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ Immigration Legal Consulting, 8275 S. Eastern Ave., Suite 200 _____,
                                    (street address)

_____ Las Vegas _____, _____ Nevada _____, _____ 89123 _____,
      (city)                    (state)                (zip code)

_____ (702) 707-4959 _____, _____ shaina@702immigration.com _____.
  (area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Shaina Plaksin _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

BRIAN E. SMITH
(type or print party name, title)

_____
(party's signature)

JOHN RAYMOND Q. SINADHAN
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13935                          shaina@702immigration.com
Bar number                     Email address

**APPROVING.**

_____
Anne R. Traum
United States District Judge

Dated: May 26, 2026

5

Rev. 5/16

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that __Kemal Erkam Hepsen__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __October 8, 2020__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __March 17, 2026__

with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama

# Alabama Judicial System Certificate Request

3/13/2026 5:38:35 PM

## Introduction

# Welcome!

Certificate of Good Standing                    $15.00 per certificate

Certificate of Admission                         $40.00 per certificate

Certificate of Admission For Reciprocity         $40.00 per certificate

**CONVENIENCE FEE NOTICE:** The Office of the Clerk of the Supreme Court of Alabama accepts certificate requests and payments online for your convenience. If you proceed to checkout, please expect to see a "convenience fee" of $4.00 for Electronic Checks, or $2.00 + 3% for Credit Cards, included in your total amount due.

If you do not wish to be charged this convenience fee, the Office of the Clerk of the Supreme Court continues to accept certificate requests and payments both in-person and by mail, which do not include convenience fees.

You may request certificates in-person and by mail by submitting the Certificate Request Form and the appropriate payment to:

Office of the Clerk of Court
Supreme Court of Alabama
ATTN: Certificate Requests
300 Dexter Avenue, Suite 3-300
Montgomery, Alabama 36104

You may pay **in-person** by either cash or check. You may pay **by mail** only by check. Checks must be made payable to the "Clerk of the Supreme Court of Alabama." Checks accepted include personal check, business check, and money order. Certificates will not be mailed until payment in full is received and cleared.

## Certificate Request

**Please enter the information of the person making the request.**

### Requestor's Information

**Requestor's First Name:** Kemal

**Requestor's Middle Name:**

**Requestor's Last Name:** Hepsen

**Requestor's E-mail Address:** kemal@hepsenlaw.com

**Requestor's Phone:** (516) 808-7684

**Requestor's Firm or Organization Name:** Hepsen Law Firm, PLLC

**Please Select the Certificates You Wish to Purchase::**

X   Certificate of Good Standing

☐   Certificate of Admissions

☐   Certificate of Admission for Reciprocity

## Certificates of Good Standing

**Please enter the full name of the attorney receiving the certificate as admitted to the Alabama State Bar.**

**Attorney's Full Name (including suffix):** Kemal Erkam Hepsen ✓

**Attorney's Maiden Name:**

**Attorney's Firm or Organization Name:** Hepsen Law Firm, PLLC

**Attorney's Date of Admission to Alabama State Bar:** 10-08-2020 ✓

**Quantity of Certificates of Good Standing ($15.00/each):** 1

**Please Confirm::**

X   I would like to have an electronic copy of my Certificate of Good Standing emailed.

**Additional Comments:**

**Please allow a turnaround time of 2-3 business days for Certificates of Good Standing.**

## Certificate Mailing Address and Signature

This is the address to where the certificates will be mailed:

## Address

**Address Line 1:** 7300 State Highway 121

**Address Line 2:** Ste 300

**City:** McKinney

**State:** Texas

**Zip:** 75070

**Electronic Signature::** Kemal Hepsen

**Date:** 03-13-2026

# Approval Queue

**Approval:**

Approve

Deny